## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Marilyn D. Go**        DATE:   **5/24/17**

DOCKET NUMBER:   **17CR231(RRM)**        LOG #:   **3:17 - 3:25**

DEFENDANT'S NAME:   **Yoo Kim**
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   **William David Sarratt**
   ___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A:   **Ameet Kabrawala**        CLERK:   **Felix Chin**

INTERPRETER:   _____ (Language) _____

✓ Defendant arraigned on the:  ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **5/24/17**  Stop **6/16/17**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **6/16/17** @ **10:00** before Judge **Mauskopf**

Other Rulings: _____