# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Robert M. Levy  DATE: 7/14/17

DOCKET NUMBER: 17CR231(RRM)  FTR #: 2:47 – 2:55

DEFENDANT'S NAME: Yoo Kim
✓ Present ___ Not Present  ✓ Custody ___ Bail

DEFENSE COUNSEL: William Sarratt
___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A.: Ameet Kabrawala  CLERK: M. Seca

INTERPRETER: Kyeong-Siksong  (Language) Korean

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at $100,000.00. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: