**Debevoise
&Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**David Sarratt**
Partner
dsarratt@debevoise.com
Tel   +1 212 909 6864

July 26, 2017

Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*VIA ECF*

**United States v. Espinal, *et al.*, 17-CR-231 (RRM)**

Dear Judge Mauskopf:

I am counsel to defendant Yoo Kim in the above-captioned matter.   After conferring with counsel for all parties, and with Your Honor's courtroom deputy, I write to request an adjournment of the status conference in this matter, currently scheduled for July 28, 2017, until Friday, September 8, 2017, at 10 a.m.  Counsel for defendants Espinal and White join this application, to which the government consents.  The parties have been productively engaged in discovery, as well as in discussions that may result in a resolution of this matter short of trial, and therefore request that the time between the scheduled conference and the adjourned date be excluded under the Speedy Trial Act in the interests of justice.

Thank you in advance for your consideration of this request.

Respectfully submitted,

David Sarratt